United States District Court
Southern District of Texas
**ENTERED**
October 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSE ABERCIO PERDOMO FLORES, § *Petitioner,* § § v. § KRISTI NOEM, § TODD LYONS, § MARCOS CHARLES, § FIELD OFFICE DIRECTOR, § PAM BONDI, § and WARDEN RIO GRANDE § PROCESSING CENTER, § *Respondents.* § | Civil No. 5:25-cv-00162 |

## **ORDER**

Before the Court is Petitioner Jose Abercio Perdomo Flores's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Petitioner lists, Kristi Noem, Secretary of Homeland Security; Todd Lyons, Acting Director of Immigration and Customs Enforcement; Marcos Charles, Acting Executive Associate Director of Enforcement and Removal Operations; ICE Laredo Field Office Director; Pam Bondi, Attorney General; and Norval Vazquez, Warden of the Rio Grande Processing Center; as Respondents. *Id.* Upon its review of the Petition, the Court **ORDERS** Respondents to file a response and serve their response on Petitioner no later than **twenty days** after receipt of service. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, he may do so within **seven days** after Respondents file their responses. S. Dist. Tex. L.R. 7.3

Furthermore, the Clerk of Court is **DIRECTED** to serve a copy of both the Petition, Dkt. No. 1, and this Order upon Respondents via certified mail. Respondent Kristi Noem or her designee may be served at 245 Murray Lane, SW, Mail Stop 0485, Washington, D.C. 20528. Respondents Todd Lyons or his designee and Marcos Charles or his designee may be served at 500 12th St., SW, Washington, D.C. 20356. Respondents ICE Laredo Field Office Director and Warden of Rio Grande Processing Center (Norval Vazquez) or his designee may be served at 1001 San Rio Blvd., Laredo, Texas, 78046. Respondent Pam Bondi or her designee may be served at U.S. Department of Justice, Attn: Pam Bondi, 950 Pennsylvania Ave, NW, Washington, D.C. 20530.

All parties must also be served through the United States Attorney for the District where the action is brought. Fed. R. Civ. P. 4(i)(1)–(2). Accordingly, the Clerk of Court is **DIRECTED** to serve copies of the Petition, Dkt. No. 1, and this Order upon the United States Attorney's Office for the Laredo Division of the Southern District of Texas by certified mail at United States Attorney's Office, Attn: Hector Ramirez, Chief of the Civil Division, at 11204 McPherson Rd., Suite 100A Laredo, Texas 78045.

IT IS SO ORDERED

Signed this October 3, 2025, in Laredo, Texas.

_____
Diana Song Quiroga
United States Magistrate Judge