United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **JOSE ABERCIO PERDOMO FLORES,** § | | |
| Petitioner, § | | |
| § | | |
| VS. § | | CIVIL ACTION NO. 5:25-CV-00162 |
| § | | |
| **KRISTI NOEM, TODD LYONS,** § | | |
| **MARCOS CHARLES, FIELD OFFICE** § | | |
| **DIRECTOR, PAM BONDI, and** § | | |
| **WARDEN RIO GRANDE** § | | |
| **PROCESSING CENTER,** § | | |
| Respondents. § | | |

## ORDER

Before the Court is the parties' Rule 41 Joint Dismissal. (Dkt. No. 15). The Joint Dismissal provides that the parties stipulate and agree that the case is dismissed with prejudice. (*Id.* at 1).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the parties stipulate that the case is dismissed with prejudice. (Dkt. No. 15 at 1).

Because the joint dismissal is signed by counsel for all parties who have appeared in this case, Plaintiffs' claims against Defendants Kristi Noem, Todd Lyons, Marcos Charles, Field Office Director, Pam Bondi, and Warden Rio Grande Processing Center, were **DISMISSED WITH PREJUDICE** effective upon the filing of the Joint Dismissal. (Dkt. No. 15). See *Whittier v. Ocwen Loan Servicing, L.L.C.*, 128 F.4th 724, 727 (5th Cir. 2025) (Stipulated dismissals under Rule 41(a)(1)(A)(ii) are "effective immediately and renders subsequent action by the district court superfluous with no force or effect" (quotations omitted)).

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on January 12, 2026.

                                                                                 _____
                                                                                 John A. Kazen
                                                                                 United States District Judge